## LEE TIRE & RUBBER COMPANY OF NEW YORK
### *v.* McCARRAN Et Al.

No. 3125 (See 56 Nev. 458)

June 10, 1936.

*Per Curiam:*

Good cause appearing therefor, it is ordered that the petition for a rehearing filed in the above-entitled case be denied, and that the case be remanded to the trial court for a new trial.